# MINUTE ENTRY

**JOAN M. AZRACK, USMJ**  DATE: August 27, 2014
**DOCKET:** 14-CV-3218 (WFK)  CASE: Ramdath et al. v. NYC et al.

☐ TELEPHONE  ☒ IN-PERSON

**CIVIL CAUSE FOR:**
☒ INITIAL CONF.  ☐ STATUS CONF.  ☐ SETTLEMENT CONF.  ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court:  ☐ 15  ☒ 30  ☐ 45  ☐ 60  ☐ Other: ____

FOR PLAINTIFF: Baree N. Fett

FOR DEFENDANT: Wesley E. Bauman

**Order(s):**

- Rule 26 by 9/19/14

- Early setl. conf. 10/22/14  1:30

- π to give Demand by 9/19/14

☐ Next conference on 10/22/14  1:30    ☐ Telephone  ☒ In-Person