ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 19, 2015  
START: 4:30 pm  
END: 4:55 pm

DOCKET NO: 14-CV-3218 (WFK)  
CASE: Ramdath, et al. v. City of New York, et al.

- ☐ INITIAL CONFERENCE
- ☑ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☑ TELEPHONE CONFERENCE (recorded)
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Baree Zett |
|  | Gabriel Harris |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Ben Kuruvilla |
|  |  |
|  |  |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiff's Second Motion to Compel (DE #27) is granted in part and denied in part. Defendants are directed to produce the overdue, remaining documents by email by May 22, 2015; plaintiff's request for sanctions is denied.